# AFFIDAVIT OF PROCESS SERVER

United States District Court                    District Of Columbia

**Shirley Calhoun, Individually, as Guardian and Conservator of James D. Calhoun, Jr., Incompetent, and as Next Friend of S. E. Calhoun and J. D. Calhoun, Minors**

    Plaintiff

vs.

**Anthony E. Watkins, M.D., Chartered, et al**

    Defendant

Attorney:

Anastopoulo & Clore, LLC
Mark Clore, Esq.
706 Orleans Rd.
Charleston, SC. 29407

**Case Number:** 1:08-cv-00343

Legal documents received by Same Day Process Service on February 29th, 2008 at 11:00 AM to be served upon **Bernard M. Wagman, M.D., c/o H. Kenneth Armstrong, Esquire at Armstrong, Donohue, Ceppos & Vaughan, 204 Monroe St., Suite 101, Rockville, MD. 20850**

I, Brandon A. Snesko, swear and affirm that on **March 04th, 2008 at 11:49 AM**, I did the following:

**Individually** Served **Kenneth Armstrong, Esquire** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 6'2"   Weight: 200   Skin Color: white   Hair Color: Bald on Top/Brown Sides   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000007866

District of Columbia: SS
Subscribed and Sworn to before me,
this ____6th____ day of ___MARCH___, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shirley Calhoun, Individually, as guardian and conservator of James D. Calhoun, Jr., incompetent, and as next friend of S.E. Calhoun and J.D. Calhoun, minors,

V.

Anthony E. Watkins, M.D., Chartered; Bernard M. Wagman, M.D.; and Lara S. Oboler, M.D.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00343
Assigned To : Kollar-Kotelly, Colleen
CAS    Assign. Date : 2/27/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

Bernard M. Wagman, M.D.
c/o H. Kenneth Armstrong, Esquire
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Ste. 101
Rockville, MD  20850

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark D. Clore, Esquire
Anastopoulo & Clore, LLC
706 Orleans Road
Charleston, SC 29407

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        FEB 2 7 2008

CLERK                                            DATE

(By) DEPUTY CLERK