IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D.,<br><br>*Defendants.* | Civil Action No. 1:08-cv-00343<br><br>Judge Colleen Kollar-Kotelly<br><br><br><br>**JOINT RULE 26(f) REPORT** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedures, Plaintiff and Defendants held a conference call on Wednesday, April 30, 2008 and have agreed to the following scheduling matters:

1) The depositions of Plaintiff, Mr. James Calhoun and Leona Calhoun (parents of the dependent party) shall be taken before June 5, 2008;

2) Dependent Party, James D. Calhoun, Jr., will submit to an IME no later than July 31, 2008;

3) A private settlement meeting between the parties, potentially through private mediation will be scheduled no later than July 31, 2008; and

4) If the early resolution cannot be reached in this case, the parties will hold another joint meeting prior to July 31, 2008 and submit a full scheduling order at that time for the court's consideration.

May 2, 2008

SO AGREED:

_____          _____
Mark D. Clore, attorney for the Plaintiff          Kenneth Armstrong, attorney for Defendants