IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D.,<br><br>*Defendants.* | Civil Action No. 1:08-cv-00343<br><br>Judge Colleen Kollar-Kotelly<br><br>**PLAINTIFF'S MOTION TO ATTEND INITIAL SCHEDULING CONFERENCE BY TELEPHONE** |

NOW COMES the Plaintiff, by and through her attorneys, and ask this Court to allow Plaintiff's attorneys to attend the initial scheduling conference on Wednesday, May 28, 2008 at 9:00 a.m. by telephone, and in support thereof state as follows:

1. Attorneys for Plaintiff and Defendants filed with the Court on May 2, 2008 a Joint Rule 26(f) Report.

2. Because the initial scheduling conference will not take up more than 30 minutes of the Court's time, and parties have agreed to mediation in this case, the Plaintiff would benefit by not expending travel and hotel fees for her attorney for this hearing.

WHEREFORE, the Plaintiff prays this court enter an order allowing Plaintiff's attorney,

[PAGE INTENTIONALLY LEFT BLANK]

Mark D. Clore, attend the initial scheduling conference to be held on Wednesday, May 28, 2008 at 9:00 a.m. by telephone.

                                      Respectfully submitted,

                                      ANASTOPOULO & CLORE, LLC

                                      */s/ Mark D. Clore*

                                      Mark D. Clore, DC Bar # 492672
                                      Samuel K. Allen, DC Bar #482350
                                      706 Orleans Road
                                      Charleston, SC  29407
                                      843-722-8070
                                      Fax: 843-225-7112

                                      ATTORNEYS FOR PLAINTIFF

May 7, 2008

CERTIFICATE OF SERVICE

I, the undersigned, certify that I have served **Plaintiffs' Motion to Attend Initial Scheduling Conference by Telephone** by e-mailing and faxing a copy this 7th day of May, 2008 to the below-named parties for defense:

Kenneth Armstrong, Esquire and
Penny Kahn, Esquire
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Ste. 101
Rockville, MD  20850
Fax:  (301) 279-5929

Samuel K. Allen

3