IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| SHIRLEY CALHOUN, Individually, and as Conservator of JAMES D. CALHOUN, JR., Incompetent, *et al.* | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CASE NO. 1:08-cv-00343<br>Judge COLLEEN KOLLAR-KOTELLY |
| ANTHONY E. WATKINS, M.D., CHARTERED, *et al.* | ) ) | |
| Defendants. | ) ) | |

## SUBSTITUTION OF COUNSEL

To the Clerk of this Court and all parties:

Please enter the appearance of Erica C. Mudd, Esquire, and withdraw the appearance of Penny C. Kahn, Esquire, on behalf of defendants, Anthony E. Watkins, M.D., Chartered, Bernard M. Wagman, M.D., and Lara S. Oboler, M.D. Kenneth Armstrong, Esquire, will remain as counsel for defendants, Anthony E. Watkins, M.D., Chartered, Bernard M. Wagman, M.D., and Lara S. Oboler, M.D.

Respectfully submitted,

ARMSTRONG, DONOHUE, CEPPOS
  & VAUGHAN, CHTD.

_____/S/_____
Kenneth Armstrong, Esquire (Bar No. 320507)
karmstrong@adclawfirm.com

_____/S/_____
Erica C. Mudd (Bar No. 500785)
emudd@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, Maryland 20850
(301) 251-0440
Counsel for Defendants, Anthony E. Watkins, M.D., Chartered, Bernard M. Wagman, M.D., and Lara S. Oboler, M.D.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2008, a copy of the foregoing Substitution of Counsel was mailed first-class, postage prepaid, to:

Mark D. Clore, Esquire
Samuel K. Allen, Esquire
Anastopoulo & Clore, LLC
706 Orleans Road
Charleston, SC  29407
Attorneys for Plaintiffs

_____/S/_____
Kenneth Armstrong