**ANASTOPOULO & CLORE, LLC**
ATTORNEYS AT LAW
706 ORLEANS ROAD
CHARLESTON, SOUTH CAROLINA 29407
TELEPHONE: (843) 722-8070
TOLL FREE: (800) 610-2546
FACSIMILE: (843) 722-9881

AKIM A. ANASTOPOULO (SC)
CONSTANCE A. ANASTOPOULO (SC)
SAMUEL K. ALLEN (DC, SC)
JOHN P. HAYES (MI, NC, OK, PA, SC)

MARK D. CLORE (DC, GA, NC, OK, SC, TX) ★◆
ROBERT A. BERRY (SC, TX)
ERIC S. BROCK (GA, SC)

★ CERTIFIED CIVIL TRIAL LAW, NATIONAL BOARD OF TRIAL ADVOCACY
◆ DIPLOMAT, MEDICAL PROFESSIONAL LIABILITY, AMERICAN BOARD OF PROFESSIONAL LIABILITY ATTORNEYS

July 21, 2008

United States District Court Clerk
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

    Re:    *Shirley Calhoun, et al. v. Anthony E. Watkins, M.D. Chartered, et al.*
             Case No. 1:08-cv-00343

Dear Honorable Clerk:

    This letter is to notify the Court that the above-referenced case has settled. Documents concluding this matter will be filed no later than September 1, 2008.

    Should you have any questions regarding the above, please do not hesitate to call me.

                            Very truly yours,

                            Mark D. Clore

MDC/phb

    cc:    The Honorable Colleen Kollar-Kotelly
            Kenneth Armstrong, Esquire
            Mrs. Shirley Calhoun