IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors, <br><br> *Plaintiff,* <br><br> v. <br><br> ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D., <br><br> *Defendants.* | Civil Action No. 1:08-cv-00343 <br><br> Judge Colleen Kollar-Kotelly <br><br><br> **JOINT STATUS REPORT** |

Pursuant to a request of the Court, the Parties file the following status report.

The Parties in the last 60 days have exchange written discovery, taken requested depositions, provided expert's preliminary opinions, and conducted settlement conferences. The Parties Report the following to the Court:

All Parties in the above referenced action have reached acceptable terms to resolve all claims filed under Civil Action No. 1:08-cv-00343. The Parties have attached to this status report a motion and proposed order to approve settlement and grant a dismissal in accordance with Rule 41 of the Federal Rules of Civil Procedure.

If the Court finds the proposed order acceptable without the need for further hearing, the Parties submit that the case should be dismissed and the closed.

August __1__, 2008

Jointly Submitted:

_____
Mark D. Clore, attorney for the Plaintiff

_____
Kenneth Armstrong, attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D.,<br><br>*Defendants.* | Civil Action No. 1:08-cv-00343<br><br>Judge Colleen Kollar-Kotelly<br><br>**JOINT MOTION TO APPROVE SETTLMENT** |

NOW COMES the Parties, by and through their attorneys, and ask this Court to approve the settlement of Civil Action No.:1:08-cv-00343. The Parties after written discovery, depositions, expert's preliminary opinions, and settlement conferences believe that settlement is in the best interest of all the Parties to this action.

The Parties have reached settlement terms that are acceptable to all involved in the action. The proposed terms are as follows:

1. The Defendants will pay cash and annuity premiums having a total present value total amount of One Million Three Hundred Fifty Thousand Dollars ($1,350,000.00) to the Plaintiffs in exchange for a full release (Exhibit A) of liability as to the Parties involved in this litigation and a dismissal with prejudice by the Court.

2. The Plaintiff, Shirley Calhoun, request approval of the settlement and the disbursement schedule. Shirley Calhoun further request approval to execute the release on behalf of herself individually, James D. Calhoun, Jr., S.E. Calhoun, and

      J.D. Calhoun. Shirley Calhoun was appointed Guardian and Conservator for James D. Calhoun, Jr. by Order of the Circuit Court of Jefferson County, West Virginia on the 29th of August 2007. (Exhibit B)

3. The Plaintiff, Shirley Calhoun, is the biological mother and legal guardian of the minor Plaintiffs.

4. The Plaintiff, Shirley Calhoun, was actively involved in the litigation and was directly involved in the settlement discussions. Ms. Calhoun understands that she has a legal obligation to maintain accounting with the Circuit Court of Jefferson County, West Virginia with reference to her conservatorship and guardianship over James D. Calhoun, Jr., and she has local legal representation to assist her in the completion of all necessary documentation. Shirley Calhoun has fully reviewed the proposed settlement and disbursement and believes it to be in the best interest of all the Plaintiffs. (Exhibit C) The Plaintiff, Shirley Calhoun has attached an affidavit for the courts consideration. (Exhibit D)

5. The release applies to all Defendants in the above-styled case, their insurance carrier (Zurich), their affiliates, representatives, heirs, successors, assigns, etc., for all claims, demands, actions, damages, etc., that plaintiffs made or could have made against them, including for their care of James D. Calhoun, Jr., in or about July of 2005. Plaintiff will be responsible for all appropriate liens and subrogation interests, etc., and will provide the requisite indemnity in this regard. The Defendants' agree to provide coverage affidavits regarding the applicable coverage.

6. None of the settlement payment is being made for loss of earnings or wage-earning capacity, or punitive damages.

7. The Plaintiffs intend to structure a portion of the settlement to provide for long term protection of the assets of Mr. Calhoun and the minors.

8. The Defendants agree to provide all settlement proceeds at the delivery of the executed release with the exception of any funds that will be directly paid into a structured settlement agreement. Any structured funds will be paid within 30 days of the delivery of the structured settlement payment directions.

WHEREFORE, the Plaintiff prays this court enter an order approving settlement, disbursement as outlined, and dismissal of the above captioned action.

Jointly Submitted,

ANASTOPOULO & CLORE, LLC

Mark D. Clore, DC Bar # 492672
Samuel K. Allen, DC Bar #482350
706 Orleans Road
Charleston, SC 29407
843-722-8070
Fax: 843-225-7112
ATTORNEYS FOR PLAINTIFF

August _1_, 2008

ARMSTONG, DONOHUE, CEPPOS & VAUGHAN

Kenneth Armstrong, Esquire and
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Ste. 101
Rockville, MD 20850
Fax: (301) 279-5929
ATTORNEYS FOR DEFENDANTS

August _3_, 2008

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors, <br><br> *Plaintiff,* <br><br> v. <br><br> ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D., <br><br> *Defendants.* | Civil Action No. 1:08-cv-00343 <br><br> Judge Colleen Kollar-Kotelly <br><br><br> **Affidavit** |

COMES NOW, the affiant, Shirley Calhoun, and first being duly sworn upon his oath under the pains and penalties of perjury now states the following:

1. I am Shirley Calhoun, an adult above the age of 18 years of age.

2. I am currently a citizen of the United States and a resident of West Virginia. My current address is 475 East German Street, Shepherdstown, WV 25443.

3. I am requesting that the Court enter into an order approving the settlement and dismissing the above captioned case.

4. I understand that a full release must be executed.

5. I understand that the order of dismissal will be with prejudice and forever bar and further actions again any of the Defendants in the above captioned matter. I will be terminating not only the rights of myself individually, but those of my husband, James D. Calhoun, Jr. and my minor children.

6. I have been active in the litigation from the outset and believe that the settlement is in the best interest of all the Plaintiffs.

7. I was appointed Guardian and Conservator for my husband James D. Calhoun, Jr., on the 29th of August 2007. To my knowledge that appointment has not been challenged nor revoked for any reason.

8. I am the biological parent and legal guardian for S.E. Calhoun and J.D. Calhoun. My parental rights have never been terminated for any reason.

9. I have had all my legal questions answered by my attorneys and fully support the proposed settlement disbursement.

10. I am aware that I will have a continuing obligation to report and provide accounting to the State of West Virginia regarding the affairs of James D. Calhoun, Jr., as his Guardian and Conservator. I have hired trust and probate counsel to assist in this process.

11. I have no outstanding questions of my attorneys or the court that have not been addressed prior to the signing of this affidavit.

12. I am requesting the settlement be approved and providing this affidavit of my free will.

13. I have not been made any promises or given any consideration for providing this affidavit. I understand that the court may alter the submitted order and disbursement as it sees fit.

**FURTHER THE AFFIANT SAYETH NOT**

_Shirley Calhoun_
Shirley Calhoun

SWORN AND SUBSCRIBED before me

this _4th_ day of August, 2008.

_Vicki E. Young_
Notary Public for the State of _West Virginia_
My commission expires on _Dec. 11, 2015_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
VICKI E. YOUNG
167 RUSTLING LEAF PLACE
KEARNEYSVILLE, WV 25430
My Commission Expires Dec. 11, 2015

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors, | § § § § § | Civil Action No. 1:08-cv-00343 <br><br> Judge Colleen Kollar-Kotelly |
| *Plaintiff,* | § § § | **ORDER** |
| v. | § § | |
| ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D., | § § § § | |
| *Defendants.* | § | |

This matter came before the Court pursuant to a motion for approval of settlement and dismissal under Rule 41 of the Federal Rules of Civil Procedure. After having reviewed the motion and supporting documents the Court enters the following order.

**IT HEREBY ORDERED:**

1. The Plaintiff, Shirley Calhoun, has authority to execute the necessary documents to fully release all Defendants to the above captioned actions on behalf of Shirley Calhoun individually and as Guardian and Conservator of James D. Calhoun, Jr, S.E. Calhoun and J.D. Calhoun, minors;

2. The terms of the settlement and the proposed disbursement meet courts approval and no further accounting is required to the United States District Court for the District of Columbia;

3. The court finds that the parties have entered into the settlement after full disclosure and of free will; and

4. The Court dismisses the case with prejudice as to all parties and all claims.

**FURTEHR SAYETH NOT**

Ordered on the _____ day of August, 2008

By:_____
Honorable Colleen Kollar-Kotelly
Judge of the United State District Court for the
District of Columbia