IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **SHIRLEY CALHOUN, Individually,** and as Conservator of **JAMES D. CALHOUN, JR., Incompetent,** *et al.*, | ) ) ) | |
| **Plaintiffs,** | ) | |
| v. | ) ) ) | **CASE NO. 1:08-cv-00343** Judge **COLLEEN KOLLAR-KOTELLY** |
| **ANTHONY E. WATKINS, M.D., CHARTERED,** *et al.*, | ) ) | |
| **Defendants.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, ANTHONY E. WATKINS, M.D., CHARTERED, *ONLY***

The parties, by and through their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims, actions, and causes of action against defendant, Anthony E. Watkins, M.D., Chartered be, and the same are hereby are: DISMISSED WITH PREJUDICE this 22nd day of August, 2008.

Respectfully submitted,

| | |
|---|---|
| **ANASTOPOULO & CLORE, LLC** | **ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED** |
| _____/S/_____ | _____/S/_____ |
| Mark Clore, Esquire, (#492672) | Kenneth Armstrong, Esquire #320507 |
| mark@akimlaw.com) | Karmstrong@adclawfirm.com |
| Samuel K. Allen, Esquire (#482350) | Erica Mudd, Esquire #500785 |
| sam@akimlaw.com | Emudd@adclawfirm.com |
| 706 Orleans Road | 204 Monroe Street, Suite 101 |
| Charleston, SC 29407 | Rockville, MD 20850 |
| (843) 722-8070 | (301) 251-0440 |
| Counsel for Plaintiff | Counsel for Defendants. |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal With Prejudice as to Defendant, Anthony E. Watkins, M.D., Chartered, Only was electronically filed and sent via e-mailed this 22nd day of August 2008, to:

Mark Clore, Esquire  
Samuel K. Allen, Esquire  
Anastopoulo & Clore, LLC  
706 Orleans Road  
Charleston, SC  29407

                                                       /S/  
                                              Erica Mudd