IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors, | § § § § § § | Civil Action No. 1:08-cv-00343 Judge Colleen Kollar-Kotelly |
| *Plaintiff,* | § § | |
| v. | § § | **MOTION TO WITHDRAW EXHIBIT A TO JOINT MOTION** |
| ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D., | § § § § | **FOR LEAVE OF COURT TO SUPPLEMENT MOTION TO APPROVE SETTLEMENT AND TO SUBMIT ADDITIONAL SUPPORTING DOCUMENTS** |
| *Defendants.* | § § § | **IN CAMERA** |

**COMES NOW**, defendants, Bernard Wagman, M.D. and Lara S. Oboler, M.D., and move this Court for the entry of an Order permitting them to withdraw Exhibit A to the parties' Joint Motion for Leave of Court to Supplement Motion to Approve Settlement and to Submit Additional Supporting Documents In Camera, on the grounds that the descriptions contained in paragraphs 2.2.1, 2.2.2, 2.2.3, and 2.2.4 are inaccurate. In support of the instant Motion, defendants state, as follows:

1.      On August 4, 2008, the Parties filed with this Court a Joint Status Report and a Motion to Approve Settlement in the above-styled case.

2.      On August 21, 2008, the parties submitted to this Court a Joint Motion for Leave of Court to Supplement their Motion to Approve Settlement and to Submit Additional Supporting Documents In Camera.

3.      The parties attached as Exhibit A to their August 21, 2008 Joint Motion a Proposed Release and Settlement Agreement.

4.      Since that time, it has come to the attention of undersigned counsel that the descriptions contained in paragraphs 2.2.1, 2.2.2, 2.2.3, and 2.2.4 of Exhibit A are inaccurate, to the extent that these descriptions are based on quotes and not locked-in terms.

5.      The total settlement amount will not be affected.  It is necessary, however, for these descriptions to be corrected in light of the final locked in terms.

6.      Accordingly, defendants ask this Court to enter an Order permitting them to withdraw Exhibit A to the parties Joint Motion for Leave of Court to Supplement Motion to Approve Settlement and to Submit Additional Supporting Documents In Camera.

7.      The parties will submit a revised Exhibit A by no later than September 2, 2008.

**WHEREFORE**, for the above-stated reasons and for good cause shown, defendants, Bernard Wagman, M.D. and Lara S. Oboler, M.D., respectfully request that this Court enter an Order granting Defendant's Motion to Withdraw and permitting it to submit a revised Exhibit A by no later than September 2, 2008.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN, CHARTERED**


          /s/ Erica C. Mudd
Kenneth Armstrong  #320507
Erica C. Mudd #500785
emudd@adclawfirm.com
204 Monroe Street, Suite 101
Rockville, Maryland 20850
(301) 251-0440
Counsel for BERNARD M. WAGMAN, M.D., and
LARA S. OBOLER, M.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___27th___ day of August, 2008, I electronically filed and served via email, a copy of the foregoing Motion to Withdraw Exhibit A to Joint Motion for Leave of Court to Supplement Motion to Approve Settlement and to Submit Additional Supporting Documents in Camera:

Mark Clore, Esq.
Anastopoulo & Clore, LLC
706 Orleans Road
Charleston, SC  29407
Attorneys for Plaintiffs


             /s/ Erica C. Mudd
            Erica C. Mudd #500785

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors, | § § § § § | Civil Action No. 1:08-cv-00343 Judge Colleen Kollar-Kotelly |
| *Plaintiff,* | § § § | |
| v. | § § | **ORDER** |
| ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D., | § § § § § | |
| *Defendants.* | § § | |

UPON CONSIDERATION of defendants' Motion to Withdraw Exhibit A to Joint Motion for Leave of Court to Supplement Motion to Approve Settlement and to Submit Additional Supporting Documents in Camera, and any Opposition filed thereto, it is this_____day of _____, 2008,

**ORDERED,** that defendants' Motion be and the same hereby is, **GRANTED,** and it is further,

**ORDERED**, that Exhibit A is withdrawn and the parties have until September 2, 2008 to submit a revised Exhibit A to this Court.

_____
JUDGE
United States District Court for the
District of Columbia

Copies to:

Kenneth Armstrong, Esquire
Erica C. Mudd, Esquire
ARMSTRONG, DONOHUE, CEPPOS
 & VAUGHAN, CHTD
204 Monroe Street, Suite 101
Rockville, MD  20850

Mark Clore, Esq.
Anastopoulo & Clore, LLC
706 Orleans Road
Charleston, SC  29407