IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHIRLEY CALHOUN, Individually, as Guardian and Conservator of JAMES D. CALHOUN, JR., Incompetent, and as Next Friend of S. E. CALHOUN and J. D. CALHOUN, Minors,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTHONY E. WATKINS, M.D., CHARTERED, BERNARD M. WAGMAN, M.D., LARA S. OBOLER, M.D.,<br><br>*Defendants.* | Civil Action No. 1:08-cv-00343<br><br>Judge Colleen Kollar-Kotelly<br><br>**ORDER** |

UPON CONSIDERATION of defendants' Motion to Withdraw Exhibit A to Joint Motion for Leave of Court to Supplement Motion to Approve Settlement and to Submit Additional Supporting Documents in Camera, and any Opposition filed thereto, it is this 27th day of August, 2008,

**ORDERED**, that defendants' Motion be and the same hereby is, **GRANTED**, and it is further,

**ORDERED**, that Exhibit A is withdrawn and the parties have until September 2, 2008 to submit a revised Exhibit A to this Court.

_____
JUDGE
United States District Court for the
District of Columbia

Copies to:

Kenneth Armstrong, Esquire
Erica C. Mudd, Esquire
ARMSTRONG, DONOHUE, CEPPOS
 & VAUGHAN, CHTD
204 Monroe Street, Suite 101
Rockville, MD  20850

Mark Clore, Esq.
Anastopoulo & Clore, LLC
706 Orleans Road
Charleston, SC  29407